1 Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
2 Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
3 A Professional Corporation
18400 Von Karman Avenue, Suite 800
4 Irvine, California 92612-0514
Telephone: (949) 760-1121
5 Facsimile: (949) 720-0182

6 Attorneys for Plaintiff DIRECTV, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                         **SACRAMENTO DIVISION**

11 DIRECTV, INC., a California corporation,    Case No. CIV-S-03-1883 FCD PAN

12            Plaintiff,                        Hon. Frank C. Damrell, Jr.

13      vs.                                     **STIPULATION FOR VOLUNTARY
                                                DISMISSAL OF DEFENDANT RICK
14 MARVIN FREEMAN, et al.,                      RAPALEE AND REQUEST TO RETAIN
                                                JURISDICTION; ORDER THEREON**
15            Defendants.

16 ─────────────────────────────

17       IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant RICK RAPALEE, through their respective counsel of record, that

19 the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ.

20 P. 41(a)(1), as to Defendant RICK RAPALEE.  Each of said parties to bear its/his own costs and

21 attorney's fees.

22       The terms of the Confidential Settlement Agreement dated February 17, 2005

23 ("Agreement") entered into between the Defendant and DIRECTV require the performance of

24 certain obligations by Defendant that will not be completed until July 2005.  If the Defendant

25 does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

26 enforcement of those obligations in this Court.  The parties therefore have consented, and hereby

27 further stipulate and consent to, the retention of jurisdiction over them by this Court and to

28

reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: April 14, 2005                    Respectfully Submitted,

                                         BUCHALTER, NEMER, FIELDS & YOUNGER
                                         A Professional Corporation


                                         By: /s/ Kimberly R. Colombo
                                              Kimberly R. Colombo
                                              Attorneys for Plaintiff DIRECTV, Inc.

DATED: April 14, 2005                    PARR LAW GROUP


                                         By: /s/ Shawn R. Parr (original obtained by
                                              attorney)
                                              Shawn R. Parr
                                              Attorneys for Defendant RICK RAPALEE

///

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RICK RAPALEE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

///

///

## ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant RICK RAPALEE and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant RICK RAPALEE is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant RICK RAPALEE to enforce the terms described above of the Settlement Agreement between those parties dated February 17, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: April 18, 2005

_____/s/ Frank C. Damrell, Jr._____
Honorable Frank C. Damrell, Jr.
Judge of the United States District Court
Eastern District of California

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RICK RAPALEE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**