Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-01883 FCD PAN |
| Plaintiff, | Hon. Frank C. Damrell, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT RICK RAPALEE** |
| FREEMAN, et al., | |
| Defendants. | |

Having read the Request for Voluntary Dismissal With Prejudice of Defendant RICK RAPALEE filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

    1.    This action is hereby dismissed with prejudice as against Defendant RICK RAPALEE;

    2.    Each party shall bear its own attorney's fees and costs incurred in this action to date.

DATED: July 28, 2005

                                                                /s/ Frank C. Damrell Jr.
                                                                 Honorable Frank C. Damrell, Jr.
                                                                 United States District Court
                                                                 Eastern District of California